IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANIEL PATRICK McBRIDE, #884427**

    **Plaintiff,**

v.     Case No. 4:14cv520-MW/CAS

**EXTRAMONEYZONE.COM.,**
**et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No. 5. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on January 2, 2015.**

                                      <u>**s/Mark E. Walker**          </u>
                                      **United States District Judge**